UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 4:19-CR-20021

v.

                              HON. MATTHEW F. LEITMAN
TIMOTHY P. REMBERT-SCROGGINS,    United States District Judge

        Defendant.

_____

**ORDER AUTHORIZING DISCLOSURE OF
GRAND JURY MATERIAL AND PROTECTIVE ORDER**

_____

Upon this Court's consideration of the government's ex parte motion for disclosure of grand jury materials, and for the reasons stated in the motion,

**IT IS HEREBY ORDERED** that the government has shown a particularized need for disclosure of specific grand jury materials at a judicial proceeding and to defense counsel before the hearing. Such disclosure is hereby authorized under Fed.R.Crim.P. 6(e) (3)(E)(i).

**IT IS FURTHER ORD**ERED that this disclosure is made subject to the following conditions:

1.  Defense counsel may use the materials only as necessary in the representation of the defendant.

1

2. Defense counsel may disclose the content of the materials to Rembert-Scroggins or other members of the defense team, but further disclosure of the materials is prohibited.  If defense counsel discloses the content of the materials to Rembert-Scroggins or a member of the defense team, defense counsel must advise those persons that they cannot further disclose the materials.

3.  Defense counsel may not copy the materials and must retain custody of the materials provided at all times, and shall not disclose or reveal the contents of those materials to any other persons, including in public filings, without further order of the Court, except that defense counsel may use the materials at the supervised release violation hearing.  Counsel must return the materials to the United States upon conclusion of the case, or upon termination as counsel for defendant.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 11, 2022

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan

Case Manager

(313) 234-5126
